**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000415
22-JUL-2020
09:31 AM**

NO. CAAP-20-0000415

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,
Complainant-Appellant/Appellee v. CHRISTINA KISHIMOTO,
Superintendent, Department of Education, State of Hawaiʻi,
Respondent-Appellee/Appellant, and HAWAII LABOR RELATIONS BOARD;
MARCUS OSHIRO; SESNITA A.D. MOEPONO, and J N. MUSTO,
Agency-Appellees/Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 191001179)

ORDER APPROVING IN PART STIPULATION FOR DISMISSAL OF APPEAL
(By: Leonard, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal Without Prejudice (Stipulation), filed July 20, 2020, by
Complainant-Appellant/Appellee United Public Workers, AFSCME,
Local 646, AFL-CIO, the papers in support, and the record, it
appears that (1) the appeal has been docketed; (2) the parties
stipulate to dismiss the appeal without prejudice and bear their
own attorneys' fees and costs; (3) the Stipulation is dated and
signed by counsel for all parties appearing in the appeal; and
(4) dismissal is authorized by Hawaiʻi Rules of Appellate
Procedure Rule 42(b). Therefore, IT IS HEREBY ORDERED that the

Stipulation is approved in part and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, July 22, 2020.

/s/ Katherine G. Leonard
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge

/s/ Keith H. Hiraoka
Associate Judge